**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

FRANK TAMMERA, SR.,

                     Plaintiff,

v.

YITZ GROSSMAN, WERNER HAASE, and
DAVID KATZ,

                    Defendants.

Civ. No.  10-569 (DRD)

**O R D E R**

The pro se Plaintiff, Frank Tammera, Sr., having requesting via letter filed on May 20, 2010, that the Court reconsider its Opinion and Order dated March 29, 2010, which dismissed the Complaint for failure to state a claim upon which relief may be granted on an initial 28 U.S.C. § 1915(e)(2) review; and the Court having construed Mr. Tammera's letter as asserting a motion for reconsideration; and the Court having considered Mr. Tammera's submissions; and for the reasons set forth in the opinion of even date,

IT IS on this 18th day of June, 2010, hereby ORDERED that Mr. Tammera's motion for reconsideration is DENIED.

                                         _____s/ Dickinson R. Debevoise_____
                                         DICKINSON R. DEBEVOISE, U.S.S.D.J.